FILED
November 17, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. MAG 05-0331 DAD
           Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
TRI HUU BUI, )
)
           Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _TRI HUU BUI_ , Case No. _MAG 05-0331 DAD_ , Charge _21 USC § 846_ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_   Release on Personal Recognizance

   X   Bail Posted in the Sum of $_____

      X   Unsecured Appearance Bond $ _50,000.00 co-signed_

      \_   Appearance Bond with 10% Deposit

      \_   Appearance Bond with Surety

      \_   Corporate Surety Bail Bond

      X   (Other) _Pretrial Services Supervision with conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _November 17, 2005_ at _2:50 p.m._ .

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal